

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| DARRYL HAMILTON,<br><br>                    Petitioner,<br><br>vs.<br><br>SAM LAW; MIKE FERRITER;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>                    Respondents. | No. CV-10-38-GF-SEH<br><br>**ORDER** |

On July 27, 2010, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff filed objections[2] to Judge Strong's Findings and Recommendation on November 2, 2010.

The Court has fully considered Plaintiff's motion and has reviewed *de novo* Judge Strong's Findings and Recommendation. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Strong's Findings and

---

[1] Document No. 7

[2] Document No. 14

Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED because Plaintiff was not denied his Sixth Amendment right to counsel.

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 4th day of November, 2010.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document No. 1

2